1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Diana Contreras Marquez

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | DIANA CONTRERAS MARQUEZ,          ) Case No.: 5:15-cv-01091-DTB
                                      )
12 |       Plaintiff,                  ) {PROPOSED} ORDER AWARDING
                                      ) EQUAL ACCESS TO JUSTICE ACT
13 |   vs.                             ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,  ) U.S.C. § 1920
15                                    )
          Defendant                   )
16                                    )
                                      )
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $5,520.00 as

21  authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,

22  be awarded subject to the terms of the Stipulation.

23  DATE:   October 19, 2016

24

25  _____
    THE HONORABLE DAVID T. BRISTOW
    UNITED STATES MAGISTRATE JUDGE
26

-1-